Date. 7/12/15
55,549-05,06,07

KEITH B. BURKINS
T.D.C.J-ID #1013686
Robertson Unit
12071 F.M 3522
Abilene, T.x 79601

T.C.C.P 12308
P.O. BOX ~~(O#)~~ Capital Station
Austin Tex. 78711

RE: WOO- 48256- P(B); WOO- 48257- P(B) and WOO- 48258- P(B)

DearClerk

   I am writing you in reference to the above listed cause No.s Inquiring about the disposition of these pending application's. it has been well over a year that these application's number's has been active, but the remedies by this court does not comport with the fast and speedy remedy of the Habeas Corpus. I am very concerned about the process, because of the ongoing (15) plus years of incarceration. I would like to thank you in advance for your response, time and effort.

                                        Sincerely...

                                        Keith B. Burkins

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk